Richard ASARE, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 16-1479

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2016

Decided: November 23, 2016

Gerald Karikari, KARIKARI & ASSOCIATES, P.C., New York, New York, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Cindy S. Ferrier, Assistant Director, Song E. Park, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Asare, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (Board) denying Asare's motion to reconsider its decision upholding the Immigration Judge's denial of his motion for a continuance. We have reviewed the administrative record and Asare's claims, and find them to be without merit. We accordingly find

no abuse of discretion in the denial of reconsideration, <u>see</u> <u>Narine v. Holder</u>, 559 F.3d 246, 249 (4th Cir. 2009), and deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re Asare</u> (B.I.A. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>